# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR2972-GPC |
|---|---|
| Plaintiff, | JUDGMENT AND **ORDER GRANTING MOTION TO DISMISS THE INDICTMENT** |
| v. | |
| DENISE RACINE, | The Honorable Gonzalo P. Curiel |
| Defendant | |

Upon motion by the United States and for good cause shown,

IT IS ORDERED that this Indictment be dismissed without prejudice.

SO ORDERED.

Dated: May 5, 2021

_____
THE HONORABLE GONZALO P. CURIEL
United States District Judge